CHARLES FUTORANSKY, an Infant, by JACOB FUTORANSKY, His Guardian ad Litem, Respondent, *v.* THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.

*Futoransky* v. *Nassau Electric R. R. Co.,* 176 App. Div. 915, affirmed.
(Submitted November 21, 1919; decided December 9, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while riding on defendant's elevated railroad, rose from his seat while the train was in motion and proceeded to the rear platform of the car preparatory to leaving at the next station. Evidence on his behalf tended to show that on reaching the platform he took hold of the gate with his left hand; that at that moment there was

a very violent jerk or lurch in the movement of the car, and that this violent jerk broke his hold on the gate and threw him out into the street.

*D. A. Marsh* and *George D. Yeomans* for appellant.
*Vine H. Smith* and *Edward J. McCrossin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.